USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

SIDEPRIZE LLC, *doing business as*, PRIZEPICKS, ASSIGNEE OF RICHARD BACCELLIERI,

Plaintiff,

-against-

VETNOS, LLC,

Defendant.

---------------------------------------------------------------------- X

1:26-cv-7225-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than November 3, 2026. Dkt. No. 8. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than November 5, 2026. Plaintiff is directed to serve a copy of this order on Defendant Vetnos, LLC and to retain proof of service.

SO ORDERED.

Dated: November 4, 2026
New York, New York

GREGORY H. WOODS
United States District Judge