USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIDEPRIZE LLC, *doing business as*, PRIZEPICKS, ASSIGNEE OF RICHARD BACCELLIERI,

Plaintiff,

-v-

VETNOS, LLC,

Defendant.

---

1:26-cv-7225-GHW

**ORDER**

GREGORY H. WOODS, United States District Judge:

As stated during the November 10, 2026 conference, Plaintiff's opposition to the motion to transfer the action, Dkt. No. 23, is due no later than December 2, 2026. Defendant's reply, if any, is due no later than seven days following the date of service of Plaintiff's opposition.

SO ORDERED.

Dated: November 10, 2026
New York, New York

GREGORY H. WOODS
United States District Judge